No. 939. WATSON ET AL. *v.* CASPERS. May 24, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Weightstill Woods* for petitioners. *Mr. Emmet J. Cleary* for respondent.

No. 941. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. *v.* CASEY, TRUSTEE. May 24, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. G. K. Richardson* for petitioner. *Thomas J. Casey, pro se.*

No. 944. RAINES *v.* UNEMPLOYMENT COMPENSATION COMMISSION. May 24, 1943. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. Louis B. LeDuc* for petitioner. *Mr. Herman D. Ringle* for respondent.

No. 952. GREAT LAKES COCA-COLA BOTTLING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. May 24, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. John May* and *Ednyfed H. Williams* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *F. E. Youngman* for respondent.

No. 978. HOWARD NATIONAL BANK & TRUST CO. *v.* MORGAN ET AL. May 24, 1943. Petition for writ of certiorari to the Supreme Court of Vermont denied. *Mr.*